with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Joseph A. Balke, Respondent, v. Otis Elevator Company, Appellant.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

In the Matter of George H. Morgan, Deceased.— Decree affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. Cornelius McNamara, Relator, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

James Sullivan, an Infant, by Thomas Sullivan, His Guardian ad Litem, Respondent, v. Jacob Ruppert, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. Patrick Reilly, Relator, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin and Hotchkiss, JJ.

Joseph Tauber, Respondent, v. Welsh Machine Works, Incorporated, Appellant.— Judgment and order reversed, new trial ordered, costs to appellant to abide event, on the ground that the finding that the defendant was negligent was not sustained by the evidence. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Harry Etshells, Respondent, v. James F. Fargo, as Treasurer of the American Express Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.; McLaughlin, J., dissented.

Siegfried Salomon and Others, Appellants, v. Herman Schoyer, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Siegfried Salomon and Others, Appellants, v. Herman Schoyer, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

A. Schwoerer & Sons, Inc., Respondent, v. Sylvester Ross, Jr., Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Harry A. Astlett and Others, Copartners, etc., Respondents, v. Ponciano Sanchez, Defendant. Max S. Grifenhagen, Sheriff of the County of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Bertha Solinger, Respondent, v. Louis Feder and Others, Appellants.—